# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

Jasper Ray Joe

ELECTRONIC CRIMINAL COMPLAINT

CASE NUMBER: MJ-22-04138-001-PCT-CDB

I, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about May 4th, 2022, in the District of Arizona, in Coconino County, within the confines of the Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, JASPER RAY JOE, an adult male, took, with intent to carry away the property of G.B., a trailer. In violation of Title 18 USC § 661.

### COUNT 2

On or about May 4th, 2022, in the District of Arizona, in Coconino County, within the confines of the Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, JASPER RAY JOE, an adult male, disposed of and abandoned refuse (insulation) on the roadway, which is not a proper receptacle. In violation of 36 CFR 2.14(a)(1).

### COUNT 3

On or about May 4th, 2022, in the District of Arizona, in Coconino County, within the confines of the Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, JASPER RAY JOE, an adult male, drove a vehicle in reckless disregard for the safety of himself, officers, his property, and the property of the US Government. In violation of 36 CFR 4.2(b) adopting ARS 28-693.

### COUNT 4

On or about May 4th, 2022, in the District of Arizona, in Coconino County, within the confines of the Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, JASPER RAY JOE, an adult male, exceeded the posted speed limit. In violation of 36 CFR 4.21(c).

### COUNT 5

cc:PTS & USMS

On or about May 4th, 2022, in the District of Arizona, in Coconino County, within the confines of the Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, JASPER RAY JOE, an adult male, failed to comply with the directions of traffic control devices, specifically, lane markings. In violation of 36 CFR 4.12.

I further state that I am a Law Enforcement Ranger with the U.S. National Park Service, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

REVIEWED BY: *s/ Patrick Schneider*

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: _____

_X_   Sworn by Telephone

Brian Densmore, Ranger, National Park Service
Complainant's Name and Title

[signature]
Complainant's Signature

May 10th, 20222
Date

Flagstaff, Arizona
City and State

Camille D. Bibles, United States Magistrate Judge
Name & Title of Judicial Office

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.05.10 18:40:25 -07'00'
Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT

Your affiant, United States Park Ranger Brian Densmore, states under oath the following:

1. I am a Commissioned United States Park Ranger (USPR) with the National Park Service (NPS), United States Department of the Interior, and am presently assigned to the Intermountain Region, duty stationed at Grand Canyon National Park in the State of Arizona. I have been employed by the NPS since 2007. I have worked in the role of a US Park Ranger in Oregon, Colorado, Pennsylvania, Washington, and Arizona. I have received training at the Federal Law Enforcement Training Center, completing the Land Management Police Training Program.

2. The information contained in this affidavit is based upon your affiant's personal knowledge, training, experience, as well as information provided by other law enforcement officers and witnesses including those listed herein. Because this affidavit is being written to establish probable cause, I have not included every fact known to me regarding this investigation.

## Background

3. This case involves a motor vehicle trailer, bearing Arizona license plate 16717D, stolen from Trailer Village and the flight of the offender from US Park Rangers immediately thereafter.

4. This incident occurred on May 4, 2022, starting at a residence in Trailer Village, which is within the confines of the Grand Canyon National Park in the District of Arizona. The Grand Canyon National Park is an area within the special maritime and territorial jurisdiction of the United States.

5. Five witnesses were identified during investigation of this case. The first two, witnessed the initial theft and are identified as Theft Witness G.D. and Theft Witness D.Y.. Two additional witnesses were found to have interacted with the suspect on the side of the road and are identified as Roadside Witness M.B. and Roadside Witness T.S.. The Owner of the trailer is identified as Owner G.B..

6. The suspect in this case was identified as Jasper R Joe, date of birth XX/XX/1986.

7. On May 4, 2022, NPS Rangers Madison Keyshae, Adam Sherman, Paul Riese, and I were dispatched to a report of a stolen trailer from Trailer Village, with the suspect believed to be traveling east towards Tuba City, AZ. The vehicle was initially described as a gold and gray double cab GMC truck.

8. NPS Rangers Jason Morris, Kate McHugh, Dave Stack, and Emily Hassell would also assist with the case, interviewing all witnesses and documenting the theft.

### 18 USC 661: Theft of the Trailer

9. According to Theft Witness G.D., he had been in his residence in Trailer Village when he heard noise outside. Theft Witness G.D. looked outside and

saw a person known to him as Jasper Joe hooking up a trailer [bearing Arizona license plate 16717D] to the gold / gray truck. Theft Witness G.D. knew Joe did not have permission to take the trailer.

10. Theft Witness D.Y. heard as Joe began to drive off with the trailer. She looked outside and saw Joe departing with the trailer.

11. Joe is a temporary employee of Owner G.B. through a construction project at the Maswik Lodge. Owner G.B. identified Joe as Jasper R Joe with a date of birth of XX/XX/1986 based his employment.

12. Theft Witness G.D. attempted to follow Joe, with Theft Witness D.Y. in his vehicle. Theft Witnesses G.D. and D.Y. found Joe unhooking and abandoning the trailer at approximately the intersection of Center Rd and Shuttle Bus Rd [within Grand Canyon National Park]. Joe quickly left in his gold/gray truck.

13. Owner G.B. is the registered owner of the trailer. The trailer has an estimated value of $1,800.

14. The trailer is a 2017 Carry On Trailer Company 5.5 x 10 ft trailer with a new value of $2,000.

15. Owner G.B. confirmed Joe was not permitted to take the trailer.

16. Owner G.B. reports the trailer was locked with a cable through the driver's side wheel and the hitch locked open with a padlock. Owner G.B. and Rangers found the abandoned trailer at the above location with the locks intact.

17. As a result of the locks, the left wheel of the trailer had not been able to rotate and was eroded through the tire and into the rim. The non-rotating rim left a gouge in the roadway several hundred yards long.

18. Damage to the tire and rim are estimated to be $250.

19. Roadside Witnesses M.B. and T.S. saw Joe driving the trailer, with sparks emanating from the left eroding tire, on Center Rd, near Shuttlebus Rd.

20. Roadside Witnesses M.B. and T.S. saw as Joe slowed to a stop and then unhooked the trailer before driving off. They asked if Joe needed assistance while both were stopped. They were not aware of the stolen status of the trailer.

21. It is a violation of 18 USC § 661 to take with intent to steal the property of another, to wit, a trailer from Owner G.B.

### 36 CFR 2.14(a)(1) Improper Disposal of Refuse

22. When Joe stole the trailer from Trailer Village, many sheets of rigid foam of insulation were present within the trailer.

23. Rangers found the trailer at approximately the intersection of Center Rd and Shuttle Bus Rd. Due to poor load securement, multiple pieces of the insulation were found both on and off the roadway near the trailer and along its path for approximately 1.5 miles.

24. After losing the insulation onto and about the roadway, Joe failed to collect the insulation. He instead abandoned the insulation in the roadway and continued east. The roadway is not a proper refuse receptable.

25. It is a violation of 36 CFR 2.14(a)(1) to dispose of refuse except in refuse receptacles.

**Fleeing to Elude Law Enforcement (background for Reckless Driving below)**

26. Rangers initially caught up to Joe and his gold/gray truck just west of Lipan Point. This location is also within Grand Canyon National Park.

27. Rangers initiated a traffic stop with their patrol vehicles, fully marked pursuant to NPS Policy. They activated their overhead lights and sirens to affect the stop. Joe yielded to the stop and stopped just west of Lipan Point on Highway 64.

28. Rangers exited their vehicles for the high risk traffic stop with displayed pistols and commands to stop. While stopped, Rangers saw Joe look over his left shoulder in the direction of Rangers.

29. Several seconds after stopping, Joe left the traffic stop, initiating a night time high-speed pursuit. Joe never exited his vehicle during the high risk traffic stop.

30. The subsequent pursuit lasted for about 20 minutes and approximately 30 miles. Two rangers were in immediate pursuit throughout, both with activated lights and sirens. Speeds during the pursuit averaged about 100 miles per hour, with peak speeds great than 115 miles per hour.

31. The pursuit began within the collective jurisdiction of Coconino County, the Arizona Department of Public Safety, and Grand Canyon National Park. After about 5 miles, the pursuit continued out of Grand Canyon National Park,

remaining within Coconino County and Arizona Department of Public Safety jurisdictions and also entering the Kaibab National Forest. After approximately 15 miles, the pursuit entered Navajo Tribal Land.

32. Rangers terminated the pursuit due to the dangers of continuation without apprehension of Joe.

### 36 CFR 4.2(b) Adopting ARS 28-693 Reckless Driving

33. During the pursuit, and before leaving Grand Canyon National Park, Joe accelerated to speeds of up to about 100 miles per hour. The speed limit inside the park is 45 miles per hour, except for a section near Desert View where the limit drops to 25 miles per hour.

34. Multiple times, Joe failed to maintain his lane. Joe drove over the double yellow line into oncoming traffic lanes and over the white fog line both inside and outside the park.

35. Joe drove through yellow caution sign sections at speeds far greater than indicated.

36. Large mammals are known to be present along Highway 64 at all times of day, and several were seen during the pursuit off the highway. It is unknown if the animals seen were inside or outside the park.

37. Shortly after the pursuit began, it continued through a curve called Navajo Curve (named for the adjacent Navajo Point). During this curve, Joe nearly crashed his vehicle by failing to maintain his lane and drifting towards the right

shoulder of the curve at a high rate of speed. Based on the drift to the right, Joe would have crashed off the shoulder of the road had the curve been longer.

38. These actions endangered Joe, pursuing Ranges, any public who might be on the road, all other vehicles on the roadway, and the resource property of Grand Canyon National Park due to the risk of damage from a crash, which nearly occurred.

39. Rangers terminated the pursuit due to the dangers of continuation without apprehension of Joe.

40. It is a violation of Arizona Revised Statues 28-693 for a person to drive a vehicle in reckless disregard for the safety of persons or property.

### 36 CFR 4.21 Speed

41. During the pursuit, and within Grand Canyon National Park, Joe drove at speeds up to 100 miles per hour, as indicated by the speeds Rangers were forced to maintain to keep up with Joe.

42. Speed limits within Grand Canyon are 45 miles per hours from the initial stop location to Desert View. They then drop to 25 miles per hours as Highway 64 passes through Desert View and the East Entrance Station. The speed limit then rises back to 45 miles per hours to the boundary.

43. Outside of the park, for reference, the maximum speed limit is 65 miles per hour, where speeds were in excess of 115 miles per hours.

44. It is a violation of 36 CFR 4.21(c) to operate a vehicle in excess of the speed limit.

### 36 CFR 4.12 Traffic Control Device

45. During the pursuit, and within Grand Canyon National Park, Joe drove across the double yellow line and the fog line multiple times.

46. It is a violation of 36 CFR 4.12 to fail to comply with the directions of a traffic control device.

### Additional Information

47. A warrants check revealed Joe has an active Rule 3-1 warrant for his arrest from Coconino County for a charge stemming from a Disorderly Conduct / Domestic Violence Charge.

48. A review of Joe's criminal history revealed the multiple federal violations. Four of the results in the criminal history are probation violations, three of which resulted in the revocation of probation. The underlying crimes do not appear related to theft or flight from law enforcement.

### Conclusion

49. Based on the above, I believe there is probable cause to support that on or about May 4th, 2022, within Grand Canyon National Park in the District of Arizona, Jasper R Joe violated federal law under the following:

> 18 U.S.C. §§ 661 Theft within the Special Maritime and Territorial Jurisdiction
>
> 36 CFR 2.14(a)(1) Improper Disposal of Refuse.
>
> 36 CFR 4.2(b) Adopting ARS 28-693 Reckless Driving

8

36 CFR 4.21(c) Exceeding the Speed Limit

36 CFR 4.12 Traffic Control Device

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

May 10, 2022
Executed on (Date)

/s/ BK
Brian Densmore
US Park Ranger (Law Enforcement)
Department of Interior, NPS

__X__ Sworn by Telephone

Date/Time: _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.05.10 18:39:46 -07'00'

_____
Camille D Bibles
United States Magistrate Judge